IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

    Plaintiff,　　　　　　　　1:12-CV-603-CL

v.　　　　　　　　　　　　　　**ORDER**

IVAN A. CERMAK, et al.,

    Defendants.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation [#56], and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Acting *pro se*, Eric Lighter filed objections to the report. Accordingly, I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 - OPINION AND ORDER

Magistrate Judge Clarke's Report and Recommendation [#56] is adopted. Eric Lighter's motion to intervene [#42] is DENIED.

IT IS SO ORDERED.

DATED this __31__ day of October, 2012.

                                   _/s/ Owen M. Panner_
                                   OWEN M. PANNER
                                   U.S. DISTRICT JUDGE

2 - ORDER