IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

IVAN A. CERMAK; JOAN E. CERMAK;
et al

        Defendants.

1:12-cv-00603-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation (#83), and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo.* See Lorin Corp. v Goto & Co., Ltd., 700 F.2d

1 - ORDER

1202, 1206 (9th Cir. 1983).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#83). The Government's Motion for Partial Summary Judgment is GRANTED.

IT IS SO ORDERED.

DATED this __17__ day of October, 2013.

*[signature]*
OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER